**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| GEORGE ZAPO,<br><br>Plaintiff,<br><br>vs.<br><br>NORTONLIFELOCK INC., VINCENT PILETTE, FRANK E. DANGEARD, SUE BARSAMIAN, ERIC K. BRANDT, NORA DENZEL, PETER A. FELD, KENNETH Y. HAO, EMILY HEATH, and SHERRESE M. SMITH,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.: 1:21-cv-08614**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff George Zapo ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 24, 2022

**BRODSKY & SMITH**

By: */s/ Evan J. Smith*

Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*